1   Clifford E. Hirsch (SBN 102085)
    Debra B. Branse (SBN 175771)
2   HIRSCH CLOSSON McMILLAN & SCHROEDER
    A Professional Corporation
3   2175 N. California Blvd., Suite 424
    Walnut Creek, California 94596
4   Telephone (925) 935-9800
    Facsimile (925) 935-9825
5
    Attorneys for Plaintiff
6   LAKELAND VILLAGE
    HOMEOWNERS ASSOCIATION
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11

12  LAKELAND VILLAGE                     Case No. 2:10-CV-00604-GEB-GGH
    HOMEOWNERS ASSOCIATION,
13                                       **STIPULATION TO CONTINUE**
              Plaintiff,                 **DEADLINES FOR LAKELAND TO**
14                                       **FILE REPLY BRIEF IN SUPPORT OF**
    vs.                                  **MOTION FOR PARTIAL SUMMARY**
15                                       **JUDGEMENT AND OPPOSITION TO**
    GREAT AMERICAN INSURANCE             **GREAT AMERICAN'S COUNTER-**
16  GROUP, TRAVELERS PROPERTY            **MOTION FOR PARTIAL SUMMARY**
    CASUALTY COMPANY OF AMERICA          **JUDGMENT AND STIPULATION TO**
17  and DOES 1 through 50,               **CONTINUE DEADLINE FOR GREAT**
                                         **AMERICAN TO FILE REPLY BRIEF**
18            Defendants.                **IN SUPPORT OF COUNTER-**
    _____/    **MOTION FOR PARTIAL SUMMARY**
19                                       **JUDGMENT**

20

21

22        This stipulation is entered into by and between Plaintiff Lakeland Village Homeowners

23  Association and Defendant Great American Insurance Group:

24        The parties note as follows:

25        1.     Plaintiff's Motion for Partial Summary Judgment as to the Seventh Cause of Action

26  re Great American' Duty to Defend is scheduled to be heard in Department 10 of this Court on July

27  19, 2010 at 9:00 a.m.

28        2.     Defendant Great American's Opposition to Plaintiff's Motion for Partial Summary

**HIRSCH, CLOSSON, et al.**
*A Prof. Law Corporation*
2175 N. California Blvd.,
Suite 424
Walnut Creek, CA 94596
(925) 935-9800

Stipulation to Extend Dates to File Opposition and Reply Briefs for MSJ re Great American.wpd

-1-

1   Judgment was filed and served on May 28, 2010.

2        3.     Plaintiff's Reply Brief in support of its Motion for Partial Summary Judgment is

3   currently due to be filed and served on June 14, 2010.

4        4.     Defendant Great American's Counter-Motion for Partial Summary Judgment is

5   scheduled to be heard in Department 10 of this Court on July 19, 2010 at 9:00 a.m.

6        5.     Defendant Great American filed and served its Counter-Motion for Partial Summary

7   Judgment on May 28, 2010.

8        6.     Plaintiff's Opposition to Great American's Counter-Motion for Partial Summary

9   Judgment is currently due to be filed and served on June 14, 2010.

10        7.     Defendant Great American's Reply Brief in support of its Counter-Motion for Partial

11   Summary Judgment is currently due to be file and served on June 21, 2010.

12        WHEREFORE, THE PARTIES HEREBY STIPULATE that Plaintiff's Reply Brief in

13   support of its Motion for Partial Summary Judgment as to the Seventh Cause of Action re Great

14   American's Duty to Defend shall be filed and served no later than June 23, 2010.

15        THE PARTIES FURTHER STIPULATE that Plaintiff's Opposition to Defendant Great

16   American's Counter-Motion for Partial Summary Judgment shall be filed and served no later than

17   June 23, 2010.

18        THE PARTIES FURTHER STIPULATE that Defendant Great American's Reply Brief in

19   support of its Counter-Motion for Partial Summary Judgment shall be filed and served no later than

20   June 30, 2010.

21                             HIRSCH, CLOSSON, MCMILLAN & SCHROEDER

22                             A Professional Law Corporation

23

24   Dated: June 10, 2010            By:     /S/

25                             Clifford Hirsch, Esq.

26                             Attorneys for Plaintiff

                           Lakeland Village Homeowners Association

27

28

HIRSCH, CLOSSON, et al.
*A Prof. Law Corporation*
2175 N. California Blvd.,
Suite 424
Walnut Creek, CA 94596
(925) 935-9800

Stipulation to Extend Dates to File Opposition and Reply Briefs for MSJ re Great American.wpd

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLYDE & CO US LLP

Dated: June 10, 2010                    By:  /S/  (as authorized on 6-10-10)
                                             Peter J. Whalen, Esq.
                                             Attorneys for Defendant
                                             Great American Insurance Company


**ORDER**

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Reply Brief in support of its Motion for Partial Summary Judgment as to the Seventh Cause of Action re Great American's Duty to Defend must be filed and served no later than June 23, 2010.

IT IS FURTHER ORDERED that Plaintiff's Opposition to Great American's Counter-Motion for Partial Summary Judgment must be filed and served no later than June 23, 2010.

IT IS FURTHER ORDERED that Defendant Great American's Reply Brief in support of its Counter-Motion for Partial Summary Judgment must be filed and served no later than June 30, 2010.

Dated:  June 11, 2010

_____
UNITED STATES  DISTRICT JUDGE

HIRSCH, CLOSSON, et al.
*A Prof. Law Corporation*
2175 N. California Blvd.,
Suite 424
Walnut Creek, CA 94596
(925) 935-9800

Stipulation to Extend Dates to File Opposition and Reply Briefs for MSJ re Great American.wpd

-3-